IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JACQUELINE TALBOT,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

CIVIL ACTION
NO. 17-3919

## ORDER

**AND NOW**, this 24th day of July 2018, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Marilyn Heffley (Doc. No. 15), Defendant's Objection (Doc. No. 15), Plaintiff's Response to Defendant's Objection (Doc. No. 17), Defendant's Sur-Reply (Doc. No. 18), and in accordance with the Opinion issued this day, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 15) is **APPROVED** and **ADOPTED**.
2. Plaintiff's Request for Review is **GRANTED**.
3. The case is **REMANDED** to the Commissioner of Social Security for the calculation of benefits and to determine whether a borderline age situation applies in accordance with 20 C.F.R. § 404.1563(b).

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.